ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  JOHN N. PARMLEY
   Assistant U.S. Attorney
3  California State Bar No. 178885
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6198

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ1755 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION AND |
| v. | ) | ORDER TO UNSEAL COMPLAINT |
| | ) | AND ARREST WARRANT |
| MARCO CORRADO, | ) | |
|    aka Marcos, | ) | |
| RUBEN SANTOS, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and John N. Parmley, Assistant United States Attorney, and hereby moves this Court for an order unsealing the Complaint, affidavit in support of Complaint, and Arrest Warrant previously filed in the above-referenced matter on June 4, 2008.

DATED: June 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

JOHN N. PARMLEY
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.
DATED: June 5, 2008

UNITED STATES MAGISTRATE JUDGE