UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED SEALED BY COURT**

Unsealed
06-05-08

UNITED STATES OF AMERICA,

08 JUN 17 AM 8:42

V.                                                    **WARRANT FOR ARREST**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARCO CORRADO et al.,                   Magistrate Case No. **08 MJ 1755**

BY: _____ DEPUTY

#507224

To: The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: MARCO CORRADO, aka Marcos**
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant MARCO CORRADO, aka Marcos, with conspiracy to distribute methamphetamine and aiding and abetting, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Leo S. Papas
US Magistrate Judge

Honorable Leo S. Papas
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

RECEIVED 2008 JUN 24 A 11:04 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

Signature of Issuing Officer

6/5/08
FBI - San Diego

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA BY

Bail Fixed at $ _____ To be set in Court

maria
by _____ LEO S. PAPAS
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J               FBI                    3599
                                          (Dist of Meth)